

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00687-CV

**SEA WORLD OF TEXAS, LLC**
Appellant

v.

Renada Mathis, Perreal **WOODS** and Joe Boston,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17204
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The reporter's record was due on October 24, 2022. On November 2, 2022, the court reporter filed a notice of late record indicating the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than November 14, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. **If appellant fails to respond within the time provided**, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court